**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF CALIFORNIA

Case number *(if known)* _____ Chapter **11**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Masonic Hall Association of Alameda** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **94-0661440** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **2312 Alameda Avenue** **Alameda, CA 94501** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Alameda** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Case: 23-41719    Doc# 1    Filed: 12/29/23    Entered: 12/29/23 15:21:26    Page 1 of 33

**7.  Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

■ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

   ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | District _____ | When _____ | Case number _____ |
| | District _____ | When _____ | Case number _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| | | Relationship | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ When _____ | Case number, if known | _____ |

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13.** **Debtor's estimation of available funds** .

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

☐ $50,001 - $100,000      ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
■ $100,001 - $500,000     ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million   ☐ $100,000,001 - $500 million     ☐ More than $50 billion

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 29, 2023**
               MM / DD / YYYY

**X** **/s/ Paul Delle Cese**                          **Paul Delle Cese**
Signature of authorized representative of debtor        Printed name

Title    **President**

**18. Signature of attorney**

**X** **/s/ Marc Voisenat**                   Date    **December 29, 2023**
Signature of attorney for debtor                      MM / DD / YYYY

**Marc Voisenat 170935**
Printed name

**Law Office of Marc Voisenat**
Firm name

**2329 A Eagle Avenue**
**Alameda, CA 94501**
Number, Street, City, State & ZIP Code

Contact phone    **510-263-8755**    Email address    **voisenat@gmail.com**

**170935 CA**
Bar number and State

Form **990**

### Return of Organization Exempt From Income Tax

Under section 501(c), 527, or 4947(a)(1) of the Internal Revenue Code (except private foundations)

OMB No. 1545-0047

**2022**

Open to Public Inspection

Department of the Treasury
Internal Revenue Service

Do not enter social security numbers on this form as it may be made public.
Go to *www.irs.gov/Form990* for instructions and the latest information.

**A** For the 2022 calendar year, or tax year beginning _____, 2022, and ending _____, 20___

| **B** Check if applicable: | **C** | **D** Employer identification number |
|---|---|---|
| ☐ Address change | MASONIC HALL ASSOCIATION OF ALAMEDA | 94-0661440 |
| ☐ Name change | 2312 ALAMEDA AVE | **E** Telephone number |
| ☐ Initial return | ALAMEDA, CA 94501 | 510-865-4823 |
| ☐ Final return/terminated | | |
| ☐ Amended return | | **G** Gross receipts $ 86,050. |
| ☐ Application pending | **F** Name and address of principal officer: 2312 ALAMEDA AVE  ALAMEDA, CA 94501 | **H(a)** Is this a group return for subordinates? ☐ Yes ☒ No  **H(b)** Are all subordinates included? ☐ Yes ☐ No  If "No," attach a list. See instructions. |

**I** Tax-exempt status: ☐ 501(c)(3) ☒ 501(c) ( 2 ) (insert no.) ☐ 4947(a)(1) or ☐ 527

**J** Website: ► N/A

**H(c)** Group exemption number ►

**K** Form of organization: ☒ Corporation ☐ Trust ☐ Association ☐ Other ► | **L** Year of formation: | **M** State of legal domicile:

## Part I — Summary

| | | |
|---|---|---|
| **1** | Briefly describe the organization's mission or most significant activities: Provide a social environment for fraternal activities | |

**2** Check this box ► ☐ if the organization discontinued its operations or disposed of more than 25% of its net assets.

| | | | |
|---|---|---|---|
| **3** | Number of voting members of the governing body (Part VI, line 1a) | **3** | 8 |
| **4** | Number of independent voting members of the governing body (Part VI, line 1b) | **4** | 0 |
| **5** | Total number of individuals employed in calendar year 2022 (Part V, line 2a) | **5** | 3 |
| **6** | Total number of volunteers (estimate if necessary) | **6** | 0 |
| **7a** | Total unrelated business revenue from Part VIII, column (C), line 12 | **7a** | 0. |
| **b** | Net unrelated business taxable income from Form 990-T, Part I, line 11 | **7b** | 0. |

| | | **Prior Year** | **Current Year** |
|---|---|---|---|
| **8** | Contributions and grants (Part VIII, line 1h) | | |
| **9** | Program service revenue (Part VIII, line 2g) | | |
| **10** | Investment income (Part VIII, column (A), lines 3, 4, and 7d) | | |
| **11** | Other revenue (Part VIII, column (A), lines 5, 6d, 8c, 9c, 10c, and 11e) | 2,897. | -110,002. |
| **12** | Total revenue – add lines 8 through 11 (must equal Part VIII, column (A), line 12) | 2,897. | -110,002. |
| **13** | Grants and similar amounts paid (Part IX, column (A), lines 1-3) | | |
| **14** | Benefits paid to or for members (Part IX, column (A), line 4) | | |
| **15** | Salaries, other compensation, employee benefits (Part IX, column (A), lines 5-10) | 46,642. | 35,506. |
| **16a** | Professional fundraising fees (Part IX, column (A), line 11e) | | |
| **b** | Total fundraising expenses (Part IX, column (D), line 25) ► | | |
| **17** | Other expenses (Part IX, column (A), lines 11a-11d, 11f-24e) | | |
| **18** | Total expenses. Add lines 13-17 (must equal Part IX, column (A), line 25) | 46,642. | 35,506. |
| **19** | Revenue less expenses. Subtract line 18 from line 12 | -43,745. | -145,508. |

| | | **Beginning of Current Year** | **End of Year** |
|---|---|---|---|
| **20** | Total assets (Part X, line 16) | 539,733. | 510,725. |
| **21** | Total liabilities (Part X, line 26) | 50,000. | 166,500. |
| **22** | Net assets or fund balances. Subtract line 21 from line 20 | 489,733. | 344,225. |

## Part II — Signature Block

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than officer) is based on all information of which preparer has any knowledge.

| Sign Here | Signature of officer | | Date | |
|---|---|---|---|---|
| | George McQuary | | Vice President | |
| | Type or print name and title | | | |

| | Print/Type preparer's name | Preparer's signature | Date | Check ☒ if self-employed | PTIN |
|---|---|---|---|---|---|
| **Paid Preparer Use Only** | Paul Delle Cese | Paul Delle Cese | | | P00376386 |
| | Firm's name ► Paul Delle Cese, CPA | | | | |
| | Firm's address ► 1361 Park Street, Suite 211 | | | Firm's EIN ► | |
| | Alameda, CA 94501 | | | Phone no. 510-865-6674 | |

May the IRS discuss this return with the preparer shown above? See instructions .................................... ☒ Yes ☐ No

**BAA For Paperwork Reduction Act Notice, see the separate instructions.** TEEA0101L 09/01/22 Form **990** (2022)

Case: 23-41719   Doc# 1   Filed: 12/29/23   Entered: 12/29/23 15:21:26   Page 6 of 33

| **Part III** | **Statement of Program Service Accomplishments** |

Check if Schedule O contains a response or note to any line in this Part III . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐

**1** Briefly describe the organization's mission:

Provide a social environment for fraternal activities.

_____

_____

_____

**2** Did the organization undertake any significant program services during the year which were not listed on the prior

Form 990 or 990-EZ? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  ☐ **Yes** ☒ **No**

If "Yes," describe these new services on Schedule O.

**3** Did the organization cease conducting, or make significant changes in how it conducts, any program services?. . . . ☐ **Yes** ☒ **No**

If "Yes," describe these changes on Schedule O.

**4** Describe the organization's program service accomplishments for each of its three largest program services, as measured by expenses. Section 501(c)(3) and 501(c)(4) organizations are required to report the amount of grants and allocations to others, the total expenses, and revenue, if any, for each program service reported.

**4a** (Code: _____ ) (Expenses $ _____ including grants of $ _____ ) (Revenue $ _____ )

Provide a social environment for fraternal activities.

_____

_____

_____

_____

_____

_____

_____

_____

_____

**4b** (Code: _____ ) (Expenses $ _____ including grants of $ _____ ) (Revenue $ _____ )

_____

_____

_____

_____

_____

_____

_____

_____

_____

**4c** (Code: _____ ) (Expenses $ _____ including grants of $ _____ ) (Revenue $ _____ )

_____

_____

_____

_____

_____

_____

_____

_____

**4d** Other program services (Describe on Schedule O.)

(Expenses $ _____ including grants of $ _____ ) (Revenue $ _____ )

**4e** Total program service expenses

BAA                                           TEEA0102L  09/01/22                                     Form **990** (2022)

Case: 23-41719   Doc# 1   Filed: 12/29/23   Entered: 12/29/23 15:21:26   Page 7 of 33

## Part IV  Checklist of Required Schedules

| | | | Yes | No |
|---|---|---|---|---|
| 1 | Is the organization described in section 501(c)(3) or 4947(a)(1) (other than a private foundation)? If "Yes," complete Schedule A. | **1** | | X |
| 2 | Is the organization required to complete Schedule B, Schedule of Contributors? See instructions | **2** | | X |
| 3 | Did the organization engage in direct or indirect political campaign activities on behalf of or in opposition to candidates for public office? If "Yes," complete Schedule C, Part I | **3** | | X |
| 4 | **Section 501(c)(3) organizations.** Did the organization engage in lobbying activities, or have a section 501(h) election in effect during the tax year? If "Yes," complete Schedule C, Part II | **4** | | |
| 5 | Is the organization a section 501(c)(4), 501(c)(5), or 501(c)(6) organization that receives membership dues, assessments, or similar amounts as defined in Revenue Procedure 98-19? If "Yes," complete Schedule C, Part III | **5** | | X |
| 6 | Did the organization maintain any donor advised funds or any similar funds or accounts for which donors have the right to provide advice on the distribution or investment of amounts in such funds or accounts? If "Yes," complete Schedule D, Part I | **6** | | X |
| 7 | Did the organization receive or hold a conservation easement, including easements to preserve open space, the environment, historic land areas, or historic structures? If "Yes," complete Schedule D, Part II | **7** | | X |
| 8 | Did the organization maintain collections of works of art, historical treasures, or other similar assets? If "Yes," complete Schedule D, Part III | **8** | | X |
| 9 | Did the organization report an amount in Part X, line 21, for escrow or custodial account liability, serve as a custodian for amounts not listed in Part X; or provide credit counseling, debt management, credit repair, or debt negotiation services? If "Yes," complete Schedule D, Part IV | **9** | | X |
| 10 | Did the organization, directly or through a related organization, hold assets in donor-restricted endowments or in quasi endowments? If "Yes," complete Schedule D, Part V | **10** | | X |
| 11 | If the organization's answer to any of the following questions is "Yes," then complete Schedule D, Parts VI, VII, VIII, IX, or X, as applicable. | | | |
| **a** | Did the organization report an amount for land, buildings, and equipment in Part X, line 10? If "Yes," complete Schedule D, Part VI | **11a** | X | |
| **b** | Did the organization report an amount for investments – other securities in Part X, line 12, that is 5% or more of its total assets reported in Part X, line 16? If "Yes," complete Schedule D, Part VII | **11b** | | X |
| **c** | Did the organization report an amount for investments – program related in Part X, line 13, that is 5% or more of its total assets reported in Part X, line 16? If "Yes," complete Schedule D, Part VIII | **11c** | | X |
| **d** | Did the organization report an amount for other assets in Part X, line 15, that is 5% or more of its total assets reported in Part X, line 16? If "Yes," complete Schedule D, Part IX | **11d** | | X |
| **e** | Did the organization report an amount for other liabilities in Part X, line 25? If "Yes," complete Schedule D, Part X | **11e** | | X |
| **f** | Did the organization's separate or consolidated financial statements for the tax year include a footnote that addresses the organization's liability for uncertain tax positions under FIN 48 (ASC 740)? If "Yes," complete Schedule D, Part X | **11f** | | X |
| **12a** | Did the organization obtain separate, independent audited financial statements for the tax year? If "Yes," complete Schedule D, Parts XI and XII | **12a** | | X |
| **b** | Was the organization included in consolidated, independent audited financial statements for the tax year? If "Yes," and if the organization answered "No" to line 12a, then completing Schedule D, Parts XI and XII is optional | **12b** | | X |
| 13 | Is the organization a school described in section 170(b)(1)(A)(ii)? If "Yes," complete Schedule E | **13** | | X |
| **14a** | Did the organization maintain an office, employees, or agents outside of the United States? | **14a** | | X |
| **b** | Did the organization have aggregate revenues or expenses of more than $10,000 from grantmaking, fundraising, business, investment, and program service activities outside the United States, or aggregate foreign investments valued at $100,000 or more? If "Yes," complete Schedule F, Parts I and IV | **14b** | | X |
| 15 | Did the organization report on Part IX, column (A), line 3, more than $5,000 of grants or other assistance to or for any foreign organization? If "Yes," complete Schedule F, Parts II and IV | **15** | | X |
| 16 | Did the organization report on Part IX, column (A), line 3, more than $5,000 of aggregate grants or other assistance to or for foreign individuals? If "Yes," complete Schedule F, Parts III and IV | **16** | | X |
| 17 | Did the organization report a total of more than $15,000 of expenses for professional fundraising services on Part IX, column (A), lines 6 and 11e? If "Yes," complete Schedule G, Part I. See instructions | **17** | | X |
| 18 | Did the organization report more than $15,000 total of fundraising event gross income and contributions on Part VIII, lines 1c and 8a? If "Yes," complete Schedule G, Part II | **18** | | X |
| 19 | Did the organization report more than $15,000 of gross income from gaming activities on Part VIII, line 9a? If "Yes," complete Schedule G, Part III | **19** | | X |
| **20a** | Did the organization operate one or more hospital facilities? If "Yes," complete Schedule H | **20a** | | X |
| **b** | If "Yes" to line 20a, did the organization attach a copy of its audited financial statements to this return? | **20b** | | |
| 21 | Did the organization report more than $5,000 of grants or other assistance to any domestic organization or domestic government on Part IX, column (A), line 1? "Yes," complete Schedule I, Parts I and II | **21** | | X |

BAA                    TEEA0103L  09/01/22                    Form **990** (2022)

**Part IV** **Checklist of Required Schedules** *(continued)*

| | | Yes | No |
|---|---|---|---|
| 22 | Did the organization report more than $5,000 of grants or other assistance to or for domestic individuals on Part IX, column (A), line 2? *If "Yes," complete Schedule I, Parts I and III* ........ **22** | | X |
| 23 | Did the organization answer "Yes" to Part VII, Section A, line 3, 4, or 5, about compensation of the organization's current and former officers, directors, trustees, key employees, and highest compensated employees? *If "Yes," complete Schedule J* ........ **23** | | X |
| 24a | Did the organization have a tax-exempt bond issue with an outstanding principal amount of more than $100,000 as of the last day of the year, that was issued after December 31, 2002? *If a "Yes," answer lines 24b through 24d and complete Schedule K. If "No," go to line 25a* ........ **24a** | | X |
| b | Did the organization invest any proceeds of tax-exempt bonds beyond a temporary period exception? ........ **24b** | | |
| c | Did the organization maintain an escrow account other than a refunding escrow at any time during the year to defease any tax-exempt bonds? ........ **24c** | | |
| d | Did the organization act as an "on behalf of" issuer for bonds outstanding at any time during the year? ........ **24d** | | |
| 25a | **Section 501(c)(3), 501(c)(4), and 501(c)(29) organizations.** Did the organization engage in an excess benefit transaction with a disqualified person during the year? *If "Yes," complete Schedule L, Part I* ........ **25a** | | |
| b | Is the organization aware that it engaged in an excess benefit transaction with a disqualified person in a prior year, and that the transaction has not been reported on any of the organization's prior Forms 990 or 990-EZ? *If "Yes," complete Schedule L, Part I* ........ **25b** | | |
| 26 | Did the organization report any amount on Part X, line 5 or 22, for receivables from or payables to any current or former officer, director, trustee, key employee, creator or founder, substantial contributor, or 35% controlled entity or family member of any of these persons? *If "Yes," complete Schedule L, Part II* ........ **26** | | X |
| 27 | Did the organization provide a grant or other assistance to any current or former officer, director, trustee, key employee, creator or founder, substantial contributor or employee thereof, a grant selection committee member, or to a 35% controlled entity (including an employee thereof) or family member of any of these persons? *If "Yes," complete Schedule L, Part III* ........ **27** | | X |
| 28 | Was the organization a party to a business transaction with one of the following parties (see the Schedule L, Part IV, instructions for applicable filing thresholds, conditions, and exceptions): | | |
| a | A current or former officer, director, trustee, key employee, creator or founder, or substantial contributor? *If "Yes," complete Schedule L, Part IV* ........ **28a** | | X |
| b | A family member of any individual described in line 28a? *If "Yes," complete Schedule L, Part IV* ........ **28b** | | X |
| c | A 35% controlled entity of one or more individuals and/or organizations described in line 28a or 28b? *If "Yes," complete Schedule L, Part IV* ........ **28c** | | X |
| 29 | Did the organization receive more than $25,000 in non-cash contributions? *If "Yes," complete Schedule M* ........ **29** | | X |
| 30 | Did the organization receive contributions of art, historical treasures, or other similar assets, or qualified conservation contributions? *If "Yes," complete Schedule M* ........ **30** | | X |
| 31 | Did the organization liquidate, terminate, or dissolve and cease operations? *If "Yes," complete Schedule N, Part I* ........ **31** | | X |
| 32 | Did the organization sell, exchange, dispose of, or transfer more than 25% of its net assets? *If "Yes," complete Schedule N, Part II* ........ **32** | | X |
| 33 | Did the organization own 100% of an entity disregarded as separate from the organization under Regulations sections 301.7701-2 and 301.7701-3? *If "Yes," complete Schedule R, Part I* ........ **33** | | X |
| 34 | Was the organization related to any tax-exempt or taxable entity? *If "Yes," complete Schedule R, Part II, III, or IV, and Part V, line 1.* ........ **34** | X | |
| 35a | Did the organization have a controlled entity within the meaning of section 512(b)(13)? ........ **35a** | | X |
| b | If "Yes" to line 35a, did the organization receive any payment from or engage in any transaction with a controlled entity within the meaning of section 512(b)(13)? *If "Yes," complete Schedule R, Part V, line 2* ........ **35b** | | |
| 36 | **Section 501(c)(3) organizations.** Did the organization make any transfers to an exempt non-charitable related organization? *If "Yes," complete Schedule R, Part V, line 2* ........ **36** | | |
| 37 | Did the organization conduct more than 5% of its activities through an entity that is not a related organization and that is treated as a partnership for federal income tax purposes? *If "Yes," complete Schedule R, Part VI* ........ **37** | | X |
| 38 | Did the organization complete Schedule O and provide explanations on Schedule O for Part VI, lines 11b and 19? **Note:** All Form 990 filers are required to complete Schedule O. ........ **38** | X | |

**Part V** **Statements Regarding Other IRS Filings and Tax Compliance**

Check if Schedule O contains a response or note to any line in this Part V ........ ☐

| | | Yes | No |
|---|---|---|---|
| 1a | Enter the number reported in box 3 of Form 1096. Enter -0- if not applicable ........ **1a** | 2 | |
| b | Enter the number of Forms W-2G included on line 1a. Enter -0- if not applicable ........ **1b** | 0 | |
| c | Did the organization comply with backup withholding rules for reportable payments to vendors and reportable gaming (gambling) winnings to prize winners? ........ **1c** | X | |

BAA                               TEEA0104L 09/01/22                               Form **990** (2022)

**Part V**    Statements Regarding Other IRS Filings and Tax Compliance *(continued)*

| | | Yes | No |
|---|---|---|---|
| **2a** Enter the number of employees reported on Form W-3, Transmittal of Wage and Tax Statements, filed for the calendar year ending with or within the year covered by this return..... **2a** `3` | | | |
| **b** If at least one is reported on line 2a, did the organization file all required federal employment tax returns?............ | **2b** | X | |
| **3a** Did the organization have unrelated business gross income of $1,000 or more during the year?...................... | **3a** | | X |
| **b** If 'Yes,' has it filed a Form 990-T for this year? *If 'No' to line 3b, provide an explanation on Schedule O*........................ | **3b** | | |
| **4a** At any time during the calendar year, did the organization have an interest in, or a signature or other authority over, a financial account in a foreign country (such as a bank account, securities account, or other financial account)?......... | **4a** | | X |
| **b** If 'Yes,' enter the name of the foreign country | | | |
| See instructions for filing requirements for FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR). | | | |
| **5a** Was the organization a party to a prohibited tax shelter transaction at any time during the tax year?................... | **5a** | | X |
| **b** Did any taxable party notify the organization that it was or is a party to a prohibited tax shelter transaction?........... | **5b** | | X |
| **c** If 'Yes,' to line 5a or 5b, did the organization file Form 8886-T?.......................................................... | **5c** | | |
| **6a** Does the organization have annual gross receipts that are normally greater than $100,000, and did the organization solicit any contributions that were not tax deductible as charitable contributions?................................................ | **6a** | | X |
| **b** If 'Yes,' did the organization include with every solicitation an express statement that such contributions or gifts were not tax deductible?............ | **6b** | | |
| **7** **Organizations that may receive deductible contributions under section 170(c).** | | | |
| **a** Did the organization receive a payment in excess of $75 made partly as a contribution and partly for goods and services provided to the payor?............ | **7a** | | |
| **b** If 'Yes,' did the organization notify the donor of the value of the goods or services provided?...................... | **7b** | | |
| **c** Did the organization sell, exchange, or otherwise dispose of tangible personal property for which it was required to file Form 8282?............ | **7c** | | |
| **d** If 'Yes,' indicate the number of Forms 8282 filed during the year........... **7d** | | | |
| **e** Did the organization receive any funds, directly or indirectly, to pay premiums on a personal benefit contract?.......... | **7e** | | |
| **f** Did the organization, during the year, pay premiums, directly or indirectly, on a personal benefit contract?............. | **7f** | | |
| **g** If the organization received a contribution of qualified intellectual property, did the organization file Form 8899 as required?............ | **7g** | | |
| **h** If the organization received a contribution of cars, boats, airplanes, or other vehicles, did the organization file a Form 1098-C?............ | **7h** | | |
| **8** **Sponsoring organizations maintaining donor advised funds.** Did a donor advised fund maintained by the sponsoring organization have excess business holdings at any time during the year?............ | **8** | | X |
| **9** **Sponsoring organizations maintaining donor advised funds.** | | | |
| **a** Did the sponsoring organization make any taxable distributions under section 4966?.............................. | **9a** | | |
| **b** Did the sponsoring organization make a distribution to a donor, donor advisor, or related person?...................... | **9b** | | |
| **10** **Section 501(c)(7) organizations.** Enter: | | | |
| **a** Initiation fees and capital contributions included on Part VIII, line 12.................... **10a** | | | |
| **b** Gross receipts, included on Form 990, Part VIII, line 12, for public use of club facilities..... **10b** | | | |
| **11** **Section 501(c)(12) organizations.** Enter: | | | |
| **a** Gross income from members or shareholders.................................... **11a** | | | |
| **b** Gross income from other sources. (Do not net amounts due or paid to other sources against amounts due or received from them.).................. **11b** | | | |
| **12a** **Section 4947(a)(1) non-exempt charitable trusts.** Is the organization filing Form 990 in lieu of Form 1041?............ | **12a** | | |
| **b** If 'Yes,' enter the amount of tax-exempt interest received or accrued during the year...... **12b** | | | |
| **13** **Section 501(c)(29) qualified nonprofit health insurance issuers.** | | | |
| **a** Is the organization licensed to issue qualified health plans in more than one state?............................... | **13a** | | |
| **Note:** See the instructions for additional information the organization must report on Schedule O. | | | |
| **b** Enter the amount of reserves the organization is required to maintain by the states in which the organization is licensed to issue qualified health plans................ **13b** | | | |
| **c** Enter the amount of reserves on hand........................ **13c** | | | |
| **14a** Did the organization receive any payments for indoor tanning services during the tax year?................... | **14a** | | X |
| **b** If 'Yes,' has it filed a Form 720 to report these payments? *If 'No,' provide an explanation on Schedule O*............. | **14b** | | |
| **15** Is the organization subject to the section 4960 tax on payment(s) of more than $1,000,000 in remuneration or excess parachute payment(s) during the year?............ | **15** | | X |
| If 'Yes,' see the instructions and file Form 4720, Schedule N. | | | |
| **16** Is the organization an educational institution subject to the section 4968 excise tax on net investment income?......... | **16** | | X |
| If 'Yes,' complete Form 4720, Schedule O. | | | |
| **17** **Section 501(c)(21) organizations.** Did the trust, or any disqualified or other person engage in any activities that would result in the imposition of an excise tax under section 4951, 4952, or 4953?............ | **17** | | |
| If 'Yes,' complete Form 6069. | | | |

BAA                                      TEEA0105L   09/01/22                                     Form 990 (2022)

**Part VI** | **Governance, Management, and Disclosure.** *For each "Yes" response to lines 2 through 7b below, and for a "No" response to line 8a, 8b, or 10b below, describe the circumstances, processes, or changes on Schedule O. See instructions.*

Check if Schedule O contains a response or note to any line in this Part VI ................................................. [X]

## Section A. Governing Body and Management

| | | Yes | No |
|---|---|---|---|
| 1a Enter the number of voting members of the governing body at the end of the tax year...... | 1a | 8 | |
| If there are material differences in voting rights among members of the governing body, or if the governing body delegated broad authority to an executive committee or similar committee, explain on Schedule O. | | | |
| b Enter the number of voting members included on line 1a, above, who are independent..... | 1b | | |
| 2 Did any officer, director, trustee, or key employee have a family relationship or a business relationship with any other officer, director, trustee, or key employee? ............................................................ | 2 | | X |
| 3 Did the organization delegate control over management duties customarily performed by or under the direct supervision of officers, directors, trustees, or key employees to a management company or other person? ........................ | 3 | | X |
| 4 Did the organization make any significant changes to its governing documents since the prior Form 990 was filed? ............................................................................... | 4 | | X |
| 5 Did the organization become aware during the year of a significant diversion of the organization's assets? ............. | 5 | | X |
| 6 Did the organization have members or stockholders? ..... See Schedule O ...................................... | 6 | X | |
| 7a Did the organization have members, stockholders, or other persons who had the power to elect or appoint one or more members of the governing body? ........................................................................... | 7a | | X |
| b Are any governance decisions of the organization reserved to (or subject to approval by) members, stockholders, or persons other than the governing body? ............................................................ | 7b | | X |
| 8 Did the organization contemporaneously document the meetings held or written actions undertaken during the year by the following: | | | |
| a The governing body? ...................................................................................... | 8a | X | |
| b Each committee with authority to act on behalf of the governing body? ............................................ | 8b | X | |
| 9 Is there any officer, director, trustee, or key employee listed in Part VII, Section A, who cannot be reached at the organization's mailing address? *If "Yes," provide the names and addresses on Schedule O.* .......................... | 9 | | X |

## Section B. Policies *(This Section B requests information about policies not required by the Internal Revenue Code.)*

| | | Yes | No |
|---|---|---|---|
| 10a Did the organization have local chapters, branches, or affiliates? ................................................ | 10a | | X |
| b If "Yes," did the organization have written policies and procedures governing the activities of such chapters, affiliates, and branches to ensure their operations are consistent with the organization's exempt purposes? .................................................... | 10b | | |
| 11a Has the organization provided a complete copy of this Form 990 to all members of its governing body before filing the form? ..................... | 11a | X | |
| b Describe on Schedule O the process, if any, used by the organization to review this Form 990.    See Schedule O | | | |
| 12a Did the organization have a written conflict of interest policy? *If "No," go to line 13.* ................................. | 12a | X | |
| b Were officers, directors, or trustees, and key employees required to disclose annually interests that could give rise to conflicts? ............................................................................................ | 12b | X | |
| c Did the organization regularly and consistently monitor and enforce compliance with the policy? *If "Yes," describe on Schedule O how this was done.* .................................................................................. | 12c | X | |
| 13 Did the organization have a written whistleblower policy? ........................................................ | 13 | | X |
| 14 Did the organization have a written document retention and destruction policy? .................................... | 14 | X | |
| 15 Did the process for determining compensation of the following persons include a review and approval by independent persons, comparability data, and contemporaneous substantiation of the deliberation and decision? | | | |
| a The organization's CEO, Executive Director, or top management official? ........................................... | 15a | | X |
| b Other officers or key employees of the organization? ............................................................ | 15b | | X |
| If "Yes" to line 15a or 15b, describe the process on Schedule O. See instructions. | | | |
| 16a Did the organization invest in, contribute assets to, or participate in a joint venture or similar arrangement with a taxable entity during the year? ........................................................................... | 16a | | X |
| b If "Yes," did the organization follow a written policy or procedure requiring the organization to evaluate its participation in joint venture arrangements under applicable federal tax law, and take steps to safeguard the organization's exempt status with respect to such arrangements? ..................................................... | 16b | | |

## Section C. Disclosure

17 List the states with which a copy of this Form 990 is required to be filed    None _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

18 Section 6104 requires an organization to make its Forms 1023 (1024 or 1024-A, if applicable), 990, and 990-T (section 501(c)(3)s only) available for public inspection. Indicate how you made these available. Check all that apply.

   [ ] Own website    [ ] Another's website    [ ] Upon request    [ ] Other *(explain on Schedule O)*

19 Describe on Schedule O whether (and if so, how) the organization made its governing documents, conflict of interest policy, and financial statements available to the public during the tax year.    See Schedule O

20 State the name, address, and telephone number of the person who possesses the organization's books and records.

   Kevin Stroud 833 Portola Avenue Alameda Ca 94501 (510) 864-9545

| BAA | TEEA0106L 09/01/22 | Form **990** (2022) |

Case: 23-41719   Doc# 1   Filed: 12/29/23   Entered: 12/29/23 15:21:26   Page 11 of 33

**Part VII   Compensation of Officers, Directors, Trustees, Key Employees, Highest Compensated Employees, and Independent Contractors**

Check if Schedule O contains a response or note to any line in this Part VII........................................................ ☐

**Section A.  Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees**

**1a** Complete this table for all persons required to be listed. Report compensation for the calendar year ending with or within the organization's tax year.

● List all of the organization's **current** officers, directors, trustees (whether individuals or organizations), regardless of amount of compensation. Enter -0- in columns (D), (E), and (F) if no compensation was paid.

● List all of the organization's **current** key employees, if any. See the instructions for definition of "key employee."

● List the organization's five **current** highest compensated employees (other than an officer, director, trustee, or key employee) who received reportable compensation (box 5 of Form W-2, box 6 of Form 1099-MISC, and/or box 1 of Form 1099-NEC) of more than $100,000 from the organization and any related organizations.

● List all of the organization's **former** officers, key employees, and highest compensated employees who received more than $100,000 of reportable compensation from the organization and any related organizations.

● List all of the organization's **former directors or trustees** that received, in the capacity as a former director or trustee of the organization, more than $10,000 of reportable compensation from the organization and any related organizations.

See the instructions for the order in which to list the persons above.

☐ Check this box if neither the organization nor any related organization compensated any current officer, director, or trustee.

| (A)<br>Name and title | (B)<br>Average<br>hours<br>per<br>week<br>(list any<br>hours for<br>related<br>organiza-<br>tions<br>below<br>dotted<br>line) | (C)<br>Position (do not check more<br>than one box, unless person<br>is both an officer and a<br>director/trustee) | | | | | | (D)<br>Reportable<br>compensation from<br>the organization<br>(W-2/1099-<br>MISC/1099-NEC) | (E)<br>Reportable<br>compensation from<br>related organizations<br>(W-2/1099-<br>MISC/1099-NEC) | (F)<br>Estimated amount<br>of other<br>compensation from<br>the organization<br>and related<br>organizations |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Individual trustee or director | Institutional trustee | Officer | Key employee | Highest compensated employee | Former | | | |
| **(1)** Kevin Stroud | 20 | | | | | | | | | |
| Director | 0 | X | | | | | | 19,406. | 0. | 0. |
| **(2)** Walter McQuesten | 15 | | | | | | | | | |
| Director | 0 | X | | | | | | 9,600. | 0. | 0. |
| **(3)** Nick Hayworth | 3 | | | | | | | | | |
| Secretary | 0 | X | | X | | | | 6,500. | 0. | 0. |
| **(4)** George McQuary | 20 | | | | | | | | | |
| Vice President | 0 | X | | X | | | | 0. | 0. | 0. |
| **(5)** Fred Williams | 2 | | | | | | | | | |
| Director | 0 | X | | X | | | | 0. | 0. | 0. |
| **(6)** Robert Ramos | 1 | | | | | | | | | |
| Treasurer | 0 | X | | X | | | | 0. | 0. | 0. |
| **(7)** Paul Delle Cese | 2 | | | | | | | | | |
| President | 0 | X | | X | | | | 0. | 0. | 0. |
| **(8)** | | | | | | | | | | |
| **(9)** | | | | | | | | | | |
| **(10)** | | | | | | | | | | |
| **(11)** | | | | | | | | | | |
| **(12)** | | | | | | | | | | |
| **(13)** | | | | | | | | | | |
| **(14)** | | | | | | | | | | |

**BAA**                          TEEA0107L  09/01/22                                                              Form **990** (2022)

**Part VII** **Section A. Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees** *(continued)*

| (A) Name and title | (B) Average hours per week (list any hours for related organiza- tions below dotted line) | (C) Position (do not check more than one box, unless person is both an officer and a director/trustee) | | | | | | (D) Reportable compensation from the organization (W-2/1099-MISC/1099-NEC) | (E) Reportable compensation from related organizations (W-2/1099-MISC/1099-NEC) | (F) Estimated amount of other compensation from the organization and related organizations |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Individual trustee or director | Institutional trustee | Officer | Key employee | Highest compensated employee | Former | | | |
| (15) _____ | | | | | | | | | | |
| (16) _____ | | | | | | | | | | |
| (17) _____ | | | | | | | | | | |
| (18) _____ | | | | | | | | | | |
| (19) _____ | | | | | | | | | | |
| (20) _____ | | | | | | | | | | |
| (21) _____ | | | | | | | | | | |
| (22) _____ | | | | | | | | | | |
| (23) _____ | | | | | | | | | | |
| (24) _____ | | | | | | | | | | |
| (25) _____ | | | | | | | | | | |
| **1b Subtotal** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | | | | | 35,506. | 0. | 0. |
| **c Total from continuation sheets to Part VII, Section A** . . . . . . . . . . . . . . . . . . . . . | | | | | | | | 0. | 0. | 0. |
| **d Total (add lines 1b and 1c)** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | | | | | 35,506. | 0. | 0. |

**2** Total number of individuals (including but not limited to those listed above) who received more than $100,000 of reportable compensation from the organization          0

| | | Yes | No |
|---|---|---|---|
| **3** Did the organization list any **former** officer, director, trustee, key employee, or highest compensated employee on line 1a? *If "Yes," complete Schedule J for such individual.* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **3** | | X |
| **4** For any individual listed on line 1a, is the sum of reportable compensation and other compensation from the organization and related organizations greater than $150,000? *If "Yes," complete Schedule J for such individual* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **4** | | X |
| **5** Did any person listed on line 1a receive or accrue compensation from any unrelated organization or individual for services rendered to the organization? *If "Yes," complete Schedule J for such person.* . . . . . . . . . . . . . . . . . . . . . . | **5** | | X |

**Section B. Independent Contractors**

**1** Complete this table for your five highest compensated independent contractors that received more than $100,000 of compensation from the organization. Report compensation for the calendar year ending with or within the organization's tax year.

| (A) Name and business address | (B) Description of services | (C) Compensation |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

**2** Total number of independent contractors (including but not limited to those listed above) who received more than $100,000 of compensation from the organization          0

BAA                                    TEEA0108L  09/01/22                                    Form **990** (2022)

## Part VIII | Statement of Revenue

Check if Schedule O contains a response or note to any line in this Part VIII . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . □

| | | | | (A) Total revenue | (B) Related or exempt function revenue | (C) Unrelated business revenue | (D) Revenue excluded from tax under sections 512-514 |
|---|---|---|---|---|---|---|---|
| **Contributions, Gifts, Grants, and Other Similar Amounts** | 1a | Federated campaigns . . . . . . . . . | 1a | | | | |
| | b | Membership dues . . . . . . . . . . . . | 1b | | | | |
| | c | Fundraising events . . . . . . . . . . . | 1c | | | | |
| | d | Related organizations . . . . . . . . | 1d | | | | |
| | e | Government grants (contributions) . . . . | 1e | | | | |
| | f | All other contributions, gifts, grants, and similar amounts not included above . . . | 1f | | | | |
| | g | Noncash contributions included in lines 1a-1f . . . . . . . . . . . . . . . . . . . . . | 1g | | | | |
| | h | **Total.** Add lines 1a-1f . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | | |
| **Program Service Revenue** | 2a | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | **Business Code** | | | | |
| | b | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | | | | |
| | c | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | | | | |
| | d | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | | | | |
| | e | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | | | | |
| | f | All other program service revenue . . . . | | | | | |
| | g | **Total.** Add lines 2a-2f . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | | |
| | 3 | Investment income (including dividends, interest, and other similar amounts) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | | |
| | 4 | Income from investment of tax-exempt bond proceeds | | | | | |
| | 5 | Royalties . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | | |

| | | | (i) Real | (ii) Personal | | | | |
|---|---|---|---|---|---|---|---|---|
| | 6a | Gross rents | 6a | 86,050. | | | | |
| | b | Less: rental expenses | 6b | 196,052. | | | | |
| | c | Rental income or (loss) | 6c | -110,002. | | | | |
| | d | Net rental income or (loss) . . . . . . . . . . . . . . . . . . . . . . . | | -110,002. | -110,002. | | |

| | | | (i) Securities | (ii) Other | | | | |
|---|---|---|---|---|---|---|---|---|
| | 7a | Gross amount from sales of assets other than inventory | 7a | | | | | |
| | b | Less: cost or other basis and sales expenses | 7b | | | | | |
| | c | Gain or (loss) . . . . . . | 7c | | | | | |
| | d | Net gain or (loss) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | | |

| **Other Revenue** | 8a | Gross income from fundraising events (not including $ _____ of contributions reported on line 1c). See Part IV, line 18 . . . . . . . . . . . . | 8a | | | | | |
|---|---|---|---|---|---|---|---|---|
| | b | Less: direct expenses . . . . . . | 8b | | | | | |
| | c | Net income or (loss) from fundraising events . . . . . . . . . | | | | | |
| | 9a | Gross income from gaming activities. See Part IV, line 19 . . . . . . . . . . . . | 9a | | | | | |
| | b | Less: direct expenses . . . . . . | 9b | | | | | |
| | c | Net income or (loss) from gaming activities. . . . . . . . . . . | | | | | |
| | 10a | Gross sales of inventory, less returns and allowances. . . . . . . . . | 10a | | | | | |
| | b | Less: cost of goods sold . . . . | 10b | | | | | |
| | c | Net income or (loss) from sales of inventory . . . . . . . . . | | | | | |
| **Miscellaneous Revenue** | 11a | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | **Business Code** | | | | |
| | b | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | | | | |
| | c | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | | | | |
| | d | All other revenue . . . . . . . . . . . . . . . . . | | | | | |
| | e | **Total.** Add lines 11a-11d . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | | |
| | 12 | **Total revenue.** See instructions . . . . . . . . . . . . . . . . . . . . . . | | -110,002. | -110,002. | 0. | 0. |

BAA                                      TEEA0109L 09/01/22                              Form **990** (2022)

**Part IX**   **Statement of Functional Expenses**

*Section 501(c)(3) and 501(c)(4) organizations must complete all columns. All other organizations must complete column (A).*

Check if Schedule O contains a response or note to any line in this Part IX........................................ ☐

| *Do not include amounts reported on lines 6b, 7b, 8b, 9b, and 10b of Part VIII.* | (A)<br>Total expenses | (B)<br>Program service expenses | (C)<br>Management and general expenses | (D)<br>Fundraising expenses |
|---|---|---|---|---|
| **1** Grants and other assistance to domestic organizations and domestic governments. See Part IV, line 21........................ | | | | |
| **2** Grants and other assistance to domestic individuals. See Part IV, line 22 ........... | | | | |
| **3** Grants and other assistance to foreign organizations, foreign governments, and for-eign individuals. See Part IV, lines 15 and 16 | | | | |
| **4** Benefits paid to or for members............ | | | | |
| **5** Compensation of current officers, directors, trustees, and key employees .............. | 35,506. | | | |
| **6** Compensation not included above to disqualified persons (as defined under section 4958(f)(1)) and persons described in section 4958(c)(3)(B)................... | 0. | | | |
| **7** Other salaries and wages .................. | | | | |
| **8** Pension plan accruals and contributions (include section 401(k) and 403(b) employer contributions).................... | | | | |
| **9** Other employee benefits .................... | | | | |
| **10** Payroll taxes.............................. | | | | |
| **11** Fees for services (nonemployees): | | | | |
| **a** Management............................... | | | | |
| **b** Legal..................................... | | | | |
| **c** Accounting................................ | | | | |
| **d** Lobbying.................................. | | | | |
| **e** Professional fundraising services. See Part IV, line 17... | | | | |
| **f** Investment management fees .............. | | | | |
| **g** Other. (If line 11g amount exceeds 10% of line 25, column (A), amount, list line 11g expenses on Schedule O.) .... | | | | |
| **12** Advertising and promotion................. | | | | |
| **13** Office expenses ........................... | | | | |
| **14** Information technology..................... | | | | |
| **15** Royalties................................. | | | | |
| **16** Occupancy................................ | | | | |
| **17** Travel.................................... | | | | |
| **18** Payments of travel or entertainment expenses for any federal, state, or local public officials............................ | | | | |
| **19** Conferences, conventions, and meetings.... | | | | |
| **20** Interest .................................. | | | | |
| **21** Payments to affiliates...................... | | | | |
| **22** Depreciation, depletion, and amortization ... | | | | |
| **23** Insurance ................................ | | | | |
| **24** Other expenses. Itemize expenses not covered above. (List miscellaneous expenses on line 24e. If line 24e amount exceeds 10% of line 25, column (A), amount, list line 24e expenses on Schedule O.) ................ | | | | |
| **a** _____ | | | | |
| **b** _____ | | | | |
| **c** _____ | | | | |
| **d** _____ | | | | |
| **e** All other expenses........................ | | | | |
| **25** Total functional expenses. Add lines 1 through 24e.... | 35,506. | | | |
| **26** **Joint costs.** Complete this line only if the organization reported in column (B) joint costs from a combined educational campaign and fundraising solicitation. Check here ☐ if following SOP 98-2 (ASC 958-720)................. | | | | |

**BAA**      TEEA0110L 09/01/22        Form **990** (2022)

Case: 23-41719    Doc# 1    Filed: 12/29/23    Entered: 12/29/23 15:21:26    Page 15 of 33

**Part X** **Balance Sheet**

Check if Schedule O contains a response or note to any line in this Part X .................................................... ☐

| | | | (A) Beginning of year | | (B) End of year |
|---|---|---|---|---|---|
| 1 | Cash — non-interest-bearing............................................... | | 21,972. | 1 | 10,357. |
| 2 | Savings and temporary cash investments................................... | | | 2 | |
| 3 | Pledges and grants receivable, net......................................... | | | 3 | |
| 4 | Accounts receivable, net ................................................... | | | 4 | |
| 5 | Loans and other receivables from any current or former officer, director, trustee, key employee, creator or founder, substantial contributor, or 35% controlled entity or family member of any of these persons .................... | | | 5 | |
| 6 | Loans and other receivables from other disqualified persons (as defined under section 4958(f)(1)), and persons described in section 4958(c)(3)(B) ............ | | | 6 | |
| 7 | Notes and loans receivable, net............................................ | | | 7 | |
| 8 | Inventories for sale or use.................................................. | | | 8 | |
| 9 | Prepaid expenses and deferred charges.................................... | | | 9 | |
| 10a | Land, buildings, and equipment: cost or other basis. Complete Part VI of Schedule D.................... 10a | 1,363,126. | | | |
| b | Less: accumulated depreciation.................... 10b | 862,758. | 517,761. | 10c | 500,368. |
| 11 | Investments — publicly traded securities................................... | | | 11 | |
| 12 | Investments — other securities. See Part IV, line 11......................... | | | 12 | |
| 13 | Investments — program-related. See Part IV, line 11......................... | | | 13 | |
| 14 | Intangible assets........................................................... | | | 14 | |
| 15 | Other assets. See Part IV, line 11.......................................... | | | 15 | |
| 16 | **Total assets.** Add lines 1 through 15 (must equal line 33)...................... | | 539,733. | 16 | 510,725. |
| 17 | Accounts payable and accrued expenses.................................... | | | 17 | |
| 18 | Grants payable ............................................................ | | | 18 | |
| 19 | Deferred revenue ......................................................... | | | 19 | |
| 20 | Tax-exempt bond liabilities................................................. | | | 20 | |
| 21 | Escrow or custodial account liability. Complete Part IV of Schedule D...... | | | 21 | |
| 22 | Loans and other payables to any current or former officer, director, trustee, key employee, creator or founder, substantial contributor, or 35% controlled entity or family member of any of these persons...................... | | | 22 | |
| 23 | Secured mortgages and notes payable to unrelated third parties ................ | | | 23 | |
| 24 | Unsecured notes and loans payable to unrelated third parties................... | | 50,000. | 24 | 166,500. |
| 25 | Other liabilities (including federal income tax, payables to related third parties, and other liabilities not included on lines 17-24). Complete Part X of Schedule D. | | | 25 | |
| 26 | **Total liabilities.** Add lines 17 through 25....................................... | | 50,000. | 26 | 166,500. |
| | Organizations that follow FASB ASC 958, check here ☐ and complete lines 27, 28, 32, and 33. | | | | |
| 27 | Net assets without donor restrictions....................................... | | | 27 | |
| 28 | Net assets with donor restrictions.......................................... | | | 28 | |
| | Organizations that do not follow FASB ASC 958, check here ☒ and complete lines 29 through 33. | | | | |
| 29 | Capital stock or trust principal, or current funds........................... | | 459,765. | 29 | 459,765. |
| 30 | Paid-in or capital surplus, or land, building, or equipment fund.................. | | 37,000. | 30 | 37,000. |
| 31 | Retained earnings, endowment, accumulated income, or other funds............ | | -7,032. | 31 | -152,540. |
| 32 | Total net assets or fund balances........................................... | | 489,733. | 32 | 344,225. |
| 33 | Total liabilities and net assets/fund balances................................ | | 539,733. | 33 | 510,725. |

BAA TEEA0111L 09/01/22 Form **990** (2022)

Case: 23-41719   Doc# 1   Filed: 12/29/23   Entered: 12/29/23 15:21:26   Page 16 of 33

**Part XI   Reconciliation of Net Assets**

Check if Schedule O contains a response or note to any line in this Part XI................................................ ☐

| | | | |
|---|---|---|---:|
| 1 | Total revenue (must equal Part VIII, column (A), line 12)..................................... | **1** | -110,002. |
| 2 | Total expenses (must equal Part IX, column (A), line 25)..................................... | **2** | 35,506. |
| 3 | Revenue less expenses. Subtract line 2 from line 1......................................... | **3** | -145,508. |
| 4 | Net assets or fund balances at beginning of year (must equal Part X, line 32, column (A))........... | **4** | 489,733. |
| 5 | Net unrealized gains (losses) on investments............................................... | **5** | |
| 6 | Donated services and use of facilities.................................................... | **6** | |
| 7 | Investment expenses................................................................. | **7** | |
| 8 | Prior period adjustments.............................................................. | **8** | |
| 9 | Other changes in net assets or fund balances (explain on Schedule O)........................... | **9** | 0. |
| 10 | Net assets or fund balances at end of year. Combine lines 3 through 9 (must equal Part X, line 32, column (B))............................................................. | **10** | 344,225. |

**Part XII   Financial Statements and Reporting**

Check if Schedule O contains a response or note to any line in this Part XII............................................... ☐

| | | Yes | No |
|---|---|:---:|:---:|
| 1 | Accounting method used to prepare the Form 990:  ☒ Cash   ☐ Accrual   ☐ Other _____ | | |
| | If the organization changed its method of accounting from a prior year or checked "Other," explain on Schedule O. | | |
| 2a | Were the organization's financial statements compiled or reviewed by an independent accountant?.................... **2a** | | X |
| | If "Yes," check a box below to indicate whether the financial statements for the year were compiled or reviewed on a separate basis, consolidated basis, or both: ☐ Separate basis   ☐ Consolidated basis   ☐ Both consolidated and separate basis | | |
| b | Were the organization's financial statements audited by an independent accountant?................................. **2b** | | X |
| | If "Yes," check a box below to indicate whether the financial statements for the year were audited on a separate basis, consolidated basis, or both: ☐ Separate basis   ☐ Consolidated basis   ☐ Both consolidated and separate basis | | |
| c | If "Yes" to line 2a or 2b, does the organization have a committee that assumes responsibility for oversight of the audit, review, or compilation of its financial statements and selection of an independent accountant?....................... **2c** | | |
| | If the organization changed either its oversight process or selection process during the tax year, explain on Schedule O. | | |
| 3a | As a result of a federal award, was the organization required to undergo an audit or audits as set forth in the Uniform Guidance, 2 C.F.R Part 200, Subpart F?............... **3a** | | X |
| b | If "Yes," did the organization undergo the required audit or audits? If the organization did not undergo the required audit or audits, explain why on Schedule O and describe any steps taken to undergo such audits........................... **3b** | | |

BAA                               TEEA0112L  09/01/22                                    Form **990** (2022)

Case: 23-41719   Doc# 1   Filed: 12/29/23   Entered: 12/29/23 15:21:26   Page 17 of 33

# Supplemental Financial Statements

Complete if the organization answered "Yes" on Form 990,
Part IV, line 6, 7, 8, 9, 10, 11a, 11b, 11c, 11d, 11e, 11f, 12a, or 12b.
**Attach to Form 990.**
**Go to www.Irs.gov/Form990 for instructions and the latest information.**

OMB No. 1545-0047

## 2022

**Open to Public Inspection**

| Name of the organization | Employer identification number |
|---|---|
| MASONIC HALL ASSOCIATION OF ALAMEDA | 94-0661440 |

## Part I — Organizations Maintaining Donor Advised Funds or Other Similar Funds or Accounts.
Complete if the organization answered "Yes" on Form 990, Part IV, line 6.

| | | (a) Donor advised funds | (b) Funds and other accounts |
|---|---|---|---|
| 1 | Total number at end of year............... | | |
| 2 | Aggregate value of contributions to (during year)....... | | |
| 3 | Aggregate value of grants from (during year)......... | | |
| 4 | Aggregate value at end of year............ | | |

5 Did the organization inform all donors and donor advisors in writing that the assets held in donor advised funds are the organization's property, subject to the organization's exclusive legal control?........................... ☐ Yes ☐ No

6 Did the organization inform all grantees, donors, and donor advisors in writing that grant funds can be used only for charitable purposes and not for the benefit of the donor or donor advisor, or for any other purpose conferring impermissible private benefit?................................................................................... ☐ Yes ☐ No

## Part II — Conservation Easements.
Complete if the organization answered "Yes" on Form 990, Part IV, line 7.

1 Purpose(s) of conservation easements held by the organization (check all that apply).
- ☐ Preservation of land for public use (for example, recreation or education)
- ☐ Preservation of a historically important land area
- ☐ Protection of natural habitat
- ☐ Preservation of a certified historic structure
- ☐ Preservation of open space

2 Complete lines 2a through 2d if the organization held a qualified conservation contribution in the form of a conservation easement on the last day of the tax year.

| | | Held at the End of the Tax Year |
|---|---|---|
| a | Total number of conservation easements..................................................... 2a | |
| b | Total acreage restricted by conservation easements............................................. 2b | |
| c | Number of conservation easements on a certified historic structure included in (a)............. 2c | |
| d | Number of conservation easements included in (c) acquired after July 25, 2006 and not on a historic structure listed in the National Register....................................... 2d | |

3 Number of conservation easements modified, transferred, released, extinguished, or terminated by the organization during the tax year _____

4 Number of states where property subject to conservation easement is located _____

5 Does the organization have a written policy regarding the periodic monitoring, inspection, handling of violations, and enforcement of the conservation easements it holds?..................................................... ☐ Yes ☐ No

6 Staff and volunteer hours devoted to monitoring, inspecting, handling of violations, and enforcing conservation easements during the year _____

7 Amount of expenses incurred in monitoring, inspecting, handling of violations, and enforcing conservation easements during the year _____

8 Does each conservation easement reported on line 2(d) above satisfy the requirements of section 170(h)(4)(B)(i) and section 170(h)(4)(B)(ii)?............................................................................. ☐ Yes ☐ No

9 In Part XIII, describe how the organization reports conservation easements in its revenue and expense statement and balance sheet, and include, if applicable, the text of the footnote to the organization's financial statements that describes the organization's accounting for conservation easements.

## Part III — Organizations Maintaining Collections of Art, Historical Treasures, or Other Similar Assets.
Complete if the organization answered "Yes" on Form 990, Part IV, line 8.

1 a If the organization elected, as permitted under FASB ASC 958, not to report in its revenue statement and balance sheet works of art, historical treasures, or other similar assets held for public exhibition, education, or research in furtherance of public service, provide in Part XIII the text of the footnote to its financial statements that describes these items.

b If the organization elected, as permitted under FASB ASC 958, to report in its revenue statement and balance sheet works of art, historical treasures, or other similar assets held for public exhibition, education, or research in furtherance of public service, provide the following amounts relating to these items:

(i) Revenue included on Form 990, Part VIII, line 1........................................................ $ _____

(ii) Assets included in Form 990, Part X .............................................................. $ _____

2 If the organization received or held works of art, historical treasures, or other similar assets for financial gain, provide the following amounts required to be reported under FASB ASC 958 relating to these items:

a Revenue included on Form 990, Part VIII, line 1................................................... $ _____

b Assets included in Form 990, Part X ............................................................. $ _____

**BAA** For Paperwork Reduction Act Notice, see the Instructions for Form 990.          TEEA3301L 07/06/22          Schedule D (Form 990) 2022

**Part III**   **Organizations Maintaining Collections of Art, Historical Treasures, or Other Similar Assets** *(continued)*

**3**  Using the organization's acquisition, accession, and other records, check any of the following that make significant use of its collection items (check all that apply):

a  ☐ Public exhibition          d  ☐ Loan or exchange program

b  ☐ Scholarly research         e  ☐ Other _____

c  ☐ Preservation for future generations

**4**  Provide a description of the organization's collections and explain how they further the organization's exempt purpose in Part XIII.

**5**  During the year, did the organization solicit or receive donations of art, historical treasures, or other similar assets to be sold to raise funds rather than to be maintained as part of the organization's collection?. . . . . . . . . . . . . . . . . . . . ☐ Yes   ☐ No

**Part IV**   **Escrow and Custodial Arrangements.** Complete if the organization answered "Yes" on Form 990, Part IV, line 9, or reported an amount on Form 990, Part X, line 21.

**1 a** Is the organization an agent, trustee, custodian or other intermediary for contributions or other assets not included on Form 990, Part X?. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes   ☐ No

**b** If "Yes," explain the arrangement in Part XIII and complete the following table:

|  |  | Amount |
|---|---|---|
| **c** Beginning balance. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **1 c** |  |
| **d** Additions during the year. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **1 d** |  |
| **e** Distributions during the year. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **1 e** |  |
| **f** Ending balance. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **1 f** |  |

**2 a** Did the organization include an amount on Form 990, Part X, line 21, for escrow or custodial account liability?. . . . . ☐ Yes   ☐ No

**b** If "Yes," explain the arrangement in Part XIII. Check here if the explanation has been provided on Part XIII . . . . . . . . . . . . . . . . . . . . ☐

**Part V**   **Endowment Funds.** Complete if the organization answered "Yes" on Form 990, Part IV, line 10.

|  | (a) Current year | (b) Prior year | (c) Two years back | (d) Three years back | (e) Four years back |
|---|---|---|---|---|---|
| **1 a** Beginning of year balance. . . . . . . |  |  |  |  |  |
| **b** Contributions. . . . . . . . . . . . . . . . . . |  |  |  |  |  |
| **c** Net investment earnings, gains, and losses . . . . . . . . . . . . . . . . . . . |  |  |  |  |  |
| **d** Grants or scholarships . . . . . . . . . |  |  |  |  |  |
| **e** Other expenditures for facilities and programs . . . . . . . . . . . . . . . . . |  |  |  |  |  |
| **f** Administrative expenses . . . . . . . |  |  |  |  |  |
| **g** End of year balance . . . . . . . . . . . |  |  |  |  |  |

**2**  Provide the estimated percentage of the current year end balance (line 1g, column (a)) held as:

**a** Board designated or quasi-endowment           %

**b** Permanent endowment      %

**c** Term endowment      %

The percentages on lines 2a, 2b, and 2c should equal 100%.

**3 a** Are there endowment funds not in the possession of the organization that are held and administered for the organization by:

|  |  | Yes | No |
|---|---|---|---|
|   (i)  Unrelated organizations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **3a(i)** |  |  |
|   (ii)  Related organizations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **3a(ii)** |  |  |

**b** If "Yes" on line 3a(ii), are the related organizations listed as required on Schedule R?. . . . . . . . . . . . . . . . . . . . . . . . . . . . | **3b** |  |  |

**4**  Describe in Part XIII the intended uses of the organization's endowment funds.

**Part VI**   **Land, Buildings, and Equipment.**

Complete if the organization answered "Yes" on Form 990, Part IV, line 11a. See Form 990, Part X, line 10.

| Description of property | (a) Cost or other basis (investment) | (b) Cost or other basis (other) | (c) Accumulated depreciation | (d) Book value |
|---|---|---|---|---|
| **1 a** Land. . . . . . . . . . . . . . . . . . . . . . . . . |  | 15,875. |  | 15,875. |
| **b** Buildings. . . . . . . . . . . . . . . . . . . . . . |  | 168,500. | 168,500. | 0. |
| **c** Leasehold improvements. . . . . . . . . . . . . . . . . . |  | 1,124,628. | 641,549. | 483,079. |
| **d** Equipment . . . . . . . . . . . . . . . . . . . . . . |  | 27,560. | 26,838. | 722. |
| **e** Other. . . . . . . . . . . . . . . . . . . . . . . . . . |  | 26,563. | 25,871. | 692. |
| **Total.** Add lines 1a through 1e. *(Column (d) must equal Form 990, Part X, column (B), line 10c.)*. . . . . . . . . . . . . . . . . . . . . |  |  |  | 500,368. |

**BAA**                                                       Schedule D (Form 990) 2022

TEEA3302L 07/06/22

**Part VII** | **Investments — Other Securities.** | N/A
Complete if the organization answered "Yes" on Form 990, Part IV, line 11b. See Form 990, Part X, line 12.

| (a) Description of security or category (including name of security) | (b) Book value | (c) Method of valuation: Cost or end-of-year market value |
|---|---|---|
| (1) Financial derivatives............................... | | |
| (2) Closely held equity interests........................ | | |
| (3) Other _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | |
| (A) _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | |
| (B) _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | |
| (C) _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | |
| (D) _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | |
| (E) _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | |
| (F) _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | |
| (G) _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | |
| (H) _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | |
| (I) _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | |
| Total. *(Column (b) must equal Form 990, Part X, column (B) line 12.)*.... | | |

**Part VIII** | **Investments — Program Related.** | N/A
Complete if the organization answered "Yes" on Form 990, Part IV, line 11c. See Form 990, Part X, line 13.

| (a) Description of investment | (b) Book value | (c) Method of valuation: Cost or end-of-year market value |
|---|---|---|
| (1) | | |
| (2) | | |
| (3) | | |
| (4) | | |
| (5) | | |
| (6) | | |
| (7) | | |
| (8) | | |
| (9) | | |
| (10) | | |
| Total. *(Column (b) must equal Form 990, Part X, column (B) line 13.)*.... | | |

**Part IX** | **Other Assets.**
Complete if the organization answered "Yes" on Form 990, Part IV, line 11d. See Form 990, Part X, line 15.

| (a) Description | (b) Book value |
|---|---|
| (1) | |
| (2) | |
| (3) | |
| (4) | |
| (5) | |
| (6) | |
| (7) | |
| (8) | |
| (9) | |
| (10) | |
| **Total.** *(Column (b) must equal Form 990, Part X, column (B) line 15.)* ............................................... | |

**Part X** | **Other Liabilities.**
Complete if the organization answered "Yes" on Form 990, Part IV, line 11e or 11f. See Form 990, Part X, line 25.

| 1. | (a) Description of liability | (b) Book value |
|---|---|---|
| (1) Federal income taxes | | |
| (2) | | |
| (3) | | |
| (4) | | |
| (5) | | |
| (6) | | |
| (7) | | |
| (8) | | |
| (9) | | |
| (10) | | |
| (11) | | |
| Total. *(Column (b) must equal Form 990, Part X, column (B) line 25.)*. .............................................. | | |

2. Liability for uncertain tax positions. In Part XIII, provide the text of the footnote to the organization's financial statements that reports the organization's liability for uncertain tax positions under FASB ASC 740. Check here if the text of the footnote has been provided in Part XIII. ............................................................. ☐

| Part XI | Reconciliation of Revenue per Audited Financial Statements With Revenue per Return. N/A |
|---|---|

Complete if the organization answered "Yes" on Form 990, Part IV, line 12a.

| | | | | |
|---|---|---|---|---|
| 1 | Total revenue, gains, and other support per audited financial statements.................................... | | **1** | |
| 2 | Amounts included on line 1 but not on Form 990, Part VIII, line 12: | | | |
| | **a** Net unrealized gains (losses) on investments.................................. | **2a** | | |
| | **b** Donated services and use of facilities.......................................... | **2b** | | |
| | **c** Recoveries of prior year grants................................................ | **2c** | | |
| | **d** Other (Describe in Part XIII.) ................................................. | **2d** | | |
| | **e** Add lines 2a through 2d. ........................................................................... | | **2e** | |
| 3 | Subtract line 2e from line 1............................................................................. | | **3** | |
| 4 | Amounts included on Form 990, Part VIII, line 12, but not on line 1: | | | |
| | **a** Investment expenses not included on Form 990, Part VIII, line 7b.............. | **4a** | | |
| | **b** Other (Describe in Part XIII.) ................................................. | **4b** | | |
| | **c** Add lines 4a and 4b ............................................................................. | | **4c** | |
| 5 | Total revenue. Add lines 3 and 4c. *(This must equal Form 990, Part I, line 12.)*............................ | | **5** | |

| Part XII | Reconciliation of Expenses per Audited Financial Statements With Expenses per Return. N/A |
|---|---|

Complete if the organization answered "Yes" on Form 990, Part IV, line 12a.

| | | | | |
|---|---|---|---|---|
| 1 | Total expenses and losses per audited financial statements...................................... | | **1** | |
| 2 | Amounts included on line 1 but not on Form 990, Part IX, line 25: | | | |
| | **a** Donated services and use of facilities......................................... | **2a** | | |
| | **b** Prior year adjustments........................................................ | **2b** | | |
| | **c** Other losses................................................................. | **2c** | | |
| | **d** Other (Describe in Part XIII.) ................................................. | **2d** | | |
| | **e** Add lines 2a through 2d. ........................................................................... | | **2e** | |
| 3 | Subtract line 2e from line 1............................................................................. | | **3** | |
| 4 | Amounts included on Form 990, Part IX, line 25, but not on line 1: | | | |
| | **a** Investment expenses not included on Form 990, Part VIII, line 7b.............. | **4a** | | |
| | **b** Other (Describe in Part XIII.) ................................................. | **4b** | | |
| | **c** Add lines 4a and 4b ............................................................................. | | **4c** | |
| 5 | Total expenses. Add lines 3 and 4c. *(This must equal Form 990, Part I, line 18.)*........................ | | **5** | |

| Part XIII | Supplemental Information. |
|---|---|

Provide the descriptions required for Part II, lines 3, 5, and 9; Part III, lines 1a and 4; Part IV, lines 1b and 2b; Part V, line 4; Part X, line 2; Part XI, lines 2d and 4b; and Part XII, lines 2d and 4b. Also complete this part to provide any additional information.

TEEA3304L  07/06/22

**SCHEDULE O**
(Form 990)

Department of the Treasury
Internal Revenue Service

**Supplemental Information to Form 990 or 990-EZ**

Complete to provide information for responses to specific questions on
Form 990 or 990-EZ or to provide any additional information.
Attach to Form 990 or Form 990-EZ.
Go to *www.irs.gov/Form990* for the latest information.

OMB No. 1545-0047

**2022**

Open to Public
Inspection

| Name of the organization | Employer identification number |
|---|---|
| MASONIC HALL ASSOCIATION OF ALAMEDA | 94-0661440 |

**Form 990, Part VI, Line 6 - Explanation of Classes of Members or Shareholder**

Island City Lodge #215 of Alameda, California owns 100% of the Stock.

**Form 990, Part VI, Line 11b - Form 990 Review Process**

No review was or will be conducted.

**Form 990, Part VI, Line 19 - Other Organization Documents Publicly Available**

No other documents available to the public.



**BAA** For Paperwork Reduction Act Notice, see the Instructions for Form 990 or 990-EZ.          TEEA4901L  07/22/22          Schedule O (Form 990) 2022

| SCHEDULE R (Form 990) | **Related Organizations and Unrelated Partnerships** | OMB No. 1545-0047 |
|---|---|---|
| | Complete if the organization answered "Yes" on Form 990, Part IV, line 33, 34, 35b, 36, or 37. | **2022** |
| | Attach to Form 990. | |
| Department of the Treasury Internal Revenue Service | Go to *www.irs.gov/Form990* for instructions and the latest information. | Open to Public Inspection |

Name of the organization  
MASONIC HALL ASSOCIATION OF ALAMEDA

Employer identification number  
94-0661440

**Part I** **Identification of Disregarded Entities.** Complete if the organization answered "Yes" on Form 990, Part IV, line 33.

| (a) Name, address, and EIN (if applicable) of disregarded entity | (b) Primary activity | (c) Legal domicile (state or foreign country) | (d) Total income | (e) End-of-year assets | (f) Direct controlling entity |
|---|---|---|---|---|---|
| (1) | | | | | |
| (2) | | | | | |
| (3) | | | | | |

**Part II** **Identification of Related Tax-Exempt Organizations.** Complete if the organization answered "Yes" on Form 990, Part IV, line 34, because it had one or more related tax-exempt organizations during the tax year.

| (a) Name, address, and EIN of related organization | (b) Primary activity | (c) Legal domicile (state or foreign country) | (d) Exempt Code section | (e) Public charity status (if section 501(c)(3)) | (f) Direct controlling entity | (g) Sec 512(b)(13) controlled entity? | |
|---|---|---|---|---|---|---|---|
| | | | | | | Yes | No |
| (1) | | | | | | | |
| (2) | | | | | | | |
| (3) | | | | | | | |
| (4) | | | | | | | |

BAA For Paperwork Reduction Act Notice, see the Instructions for Form 990.

TEEA5001L 07/21/22

Schedule R (Form 990) 2022

**Part V** **Transactions With Related Organizations.** Complete if the organization answered "Yes" on Form 990, Part IV, line 34, 35b, or 36.

| | | Yes | No |
|---|---|---|---|
| **Note:** Complete line 1 if any entity is listed in Parts II, III, or IV of this schedule. | | | |
| 1  During the tax year, did the organization engage in any of the following transactions with one or more related organizations listed in Parts II-IV? | | | |
| **a** Receipt of **(i)** interest, **(ii)** annuities, **(iii)** royalties, or **(iv)** rent from a controlled entity........................................................... | **1a** | | X |
| **b** Gift, grant, or capital contribution to related organization(s)....................................................................................... | **1b** | | X |
| **c** Gift, grant, or capital contribution from related organization(s)..................................................................................... | **1c** | | X |
| **d** Loans or loan guarantees to or for related organization(s)......................................................................................... | **1d** | | X |
| **e** Loans or loan guarantees by related organization(s)............................................................................................. | **1e** | | X |
| **f** Dividends from related organization(s)............................................................................................................. | **1f** | | X |
| **g** Sale of assets to related organization(s).......................................................................................................... | **1g** | | X |
| **h** Purchase of assets from related organization(s)................................................................................................... | **1h** | | X |
| **i** Exchange of assets with related organization(s)................................................................................................... | **1i** | | X |
| **j** Lease of facilities, equipment, or other assets to related organization(s)........................................................................... | **1j** | | X |
| **k** Lease of facilities, equipment, or other assets from related organization(s)......................................................................... | **1k** | | X |
| **l** Performance of services or membership or fundraising solicitations for related organization(s)....................................................... | **1l** | | X |
| **m** Performance of services or membership or fundraising solicitations by related organization(s)...................................................... | **1m** | | X |
| **n** Sharing of facilities, equipment, mailing lists, or other assets with related organization(s)........................................................... | **1n** | | X |
| **o** Sharing of paid employees with related organization(s)........................................................................................... | **1o** | | X |
| **p** Reimbursement paid to related organization(s) for expenses........................................................................................ | **1p** | | X |
| **q** Reimbursement paid by related organization(s) for expenses........................................................................................ | **1q** | | X |
| **r** Other transfer of cash or property to related organization(s)....................................................................................... | **1r** | | X |
| **s** Other transfer of cash or property from related organization(s).................................................................................... | **1s** | | X |

2  If the answer to any of the above is "Yes," see the instructions for information on who must complete this line, including covered relationships and transaction thresholds.

| (a)<br>Name of related organization | (b)<br>Transaction<br>type (a-s) | (c)<br>Amount involved | (d)<br>Method of determining<br>amount involved |
|---|---|---|---|
| **(1)** | | | |
| **(2)** | | | |
| **(3)** | | | |
| **(4)** | | | |
| **(5)** | | | |
| **(6)** | | | |

Case: 23-41719   Doc# 1   Filed: 12/29/23   Entered: 12/29/23 15:21:26   Page 24 of 33

**Part VI** **Unrelated Organizations Taxable as a Partnership.** Complete if the organization answered "Yes" on Form 990, Part IV, line 37.

Provide the following information for each entity taxed as a partnership through which the organization conducted more than five percent of its activities (measured by total assets or gross revenue) that was not a related organization. See instructions regarding exclusion for certain investment partnerships.

| (a)<br>Name, address, and EIN of entity | (b)<br>Primary activity | (c)<br>Legal domicile<br>(state or foreign<br>country) | (d)<br>Predominant<br>income<br>(related, unre-<br>lated, excluded<br>from tax under<br>sections 512-514) | (e)<br>Are all partners<br>section<br>501(c)(3)<br>organizations? | | (f)<br>Share of<br>total income | (g)<br>Share of<br>end-of-year<br>assets | (h)<br>Dispropor-<br>tionate<br>allocations? | | (i)<br>Code V-UBI<br>amount in box<br>20 of Schedule<br>K-1<br>(Form 1065) | (j)<br>General or<br>managing<br>partner? | | (k)<br>Percentage<br>ownership |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Yes | No | | | Yes | No | | Yes | No | |
| (1) | | | | | | | | | | | | | |
| (2) | | | | | | | | | | | | | |
| (3) | | | | | | | | | | | | | |
| (4) | | | | | | | | | | | | | |
| (5) | | | | | | | | | | | | | |
| (6) | | | | | | | | | | | | | |
| (7) | | | | | | | | | | | | | |
| (8) | | | | | | | | | | | | | |

COPY

BAA                                          TEEA5004L  07/21/22                                          Schedule R (Form 990) 2022

**Part VII** | Supplemental Information

Provide additional information for responses to questions on Schedule R. See instructions.



Case: 23-41719    Doc# 1    Filed: 12/29/23    Entered: 12/29/23 15:21:26    Page 26 of 33

**Client MASON**     **MASONIC HALL ASSOCIATION OF ALAMEDA**     **94-0661440**

6/01/23                                                                          07:42AM

| No. | Description | Date Acquired | Date Sold | Cost/ Basis | Bus. Prt | Cur 179/ SDA | Prior 179/ SDA/ Depr. | Method | Life | Current Depr. |
|---|---|---|---|---|---|---|---|---|---|---|
| | **Rental Activity - COMMERCIAL, ALAMEDA AVE** | | | | | | | | | |
| | **Buildings** | | | | | | | | | |
| 1 | Building | 1/01/27 | | 168,500 | | | 168,500 | S/L | | 0 |
| | Total Buildings | | | 168,500 | | 0 | 168,500 | | | 0 |
| | **Furniture and Fixtures** | | | | | | | | | |
| 13 | Lodge Chairs | 1/01/92 | | 4,056 | | | 4,056 | S/L | 16 | 0 |
| 16 | Cabinets | 1/01/95 | | 11,162 | | | 10,470 | S/L | 16 | 0 |
| 17 | Audio System SLR | 1/01/96 | | 2,500 | | | 2,500 | S/L | 10 | 0 |
| 47 | Stove | 4/19/13 | | 7,355 | | | 7,355 | S/L HY | 7 | 0 |
| 48 | Appliance | 9/28/13 | | 1,490 | | | 1,490 | S/L HY | 7 | 0 |
| | Total Furniture and Fixtures | | | 26,563 | | 0 | 25,871 | | | 0 |
| | **Improvements** | | | | | | | | | |
| 3 | Improvements | 1/01/78 | | 73,945 | | | 73,945 | S/L | | 0 |
| 4 | Improvements | 1/01/79 | | 11,240 | | | 10,873 | S/L | 25 | 0 |
| 5 | Improvements Encinal | 1/01/80 | | 25,125 | | | 25,125 | S/L | 25 | 0 |
| 6 | Roof - Alameda Ave | 1/01/85 | | 29,738 | | | 29,396 | S/L | 19 | 0 |
| 7 | Improvements | 1/01/87 | | 47,305 | | | 47,305 | S/L | 19 | 0 |
| 8 | Improvements | 1/01/88 | | 24,168 | | | 18,900 | S/L | 19 | 0 |
| 9 | Improvements | 1/01/90 | | 3,179 | | | 3,179 | S/L | 15 | 0 |
| 10 | Improvements | 1/01/91 | | 7,758 | | | 7,758 | S/L | 15 | 0 |
| 11 | Museum Alterations | 1/01/92 | | 21,530 | | | 21,530 | S/L | 20 | 0 |
| 12 | Roof - Encinal | 1/01/92 | | 10,613 | | | 10,613 | S/L | 20 | 0 |
| 14 | Museum Front Entrance | 1/01/93 | | 26,866 | | | 26,866 | S/L | 20 | 0 |
| 15 | Roof Repairs - Encinal | 1/01/93 | | 5,881 | | | 5,881 | S/L | 15 | 0 |
| 18 | Roof Repairs Ala-Enc | 1/01/97 | | 8,359 | | | 8,359 | S/L | 20 | 0 |
| 19 | Museum Electrical | 1/01/97 | | 4,915 | | | 4,915 | S/L | 20 | 0 |
| 21 | Advance Security System | 1/01/98 | | 9,166 | | | 8,934 | S/L | 20 | 0 |
| 22 | Improvements - 2nd floor | 7/01/02 | | 179,868 | | | 111,126 | S/L MM | 31.5 | 5,711 |
| 24 | Fence - Encinal | 5/15/02 | | 5,587 | | | 5,587 | S/L HY | 7 | 0 |
| 25 | Improvements | 12/06/03 | | 19,055 | | | 8,822 | S/L MM | 39 | 489 |
| 26 | Design Fees | 5/03/04 | | 7,740 | | | 3,490 | S/L MM | 39 | 198 |
| 27 | Roof Fencing | 5/23/05 | | 5,782 | | | 2,461 | S/L MM | 39 | 148 |
| 28 | Building Front Paint | 12/15/05 | | 83,443 | | | 83,443 | S/L MQ | 10 | 0 |
| 29 | Kitchen Equipment | 11/07/05 | | 4,444 | | | 4,444 | 200DB MQ | 7 | 0 |

**Client MASON**              **MASONIC HALL ASSOCIATION OF ALAMEDA**              **94-0661440**

6/01/23                                                                                    07:42AM

| No. | Description | Date Acquired | Date Sold | Cost/ Basis | Bus. Pct | Cur 179/ SDA | Prior 179/ SDA/ Depr. | Method | Life | Current Depr. |
|-----|-------------|---------------|-----------|-------------|----------|--------------|------------------------|--------|------|---------------|
| 30 | Security System | 10/07/05 | | 5,719 | | | 5,719 | 200DB MQ | 10 | 0 |
| 31 | Improvement 4th Floor | 11/17/06 | | 45,379 | | | 17,378 | S/L MM | 39.5 | 1,149 |
| 32 | Lighting 1st Floor | 12/18/06 | | 1,565 | | | 602 | S/L MM | 39.5 | 40 |
| 33 | Speaker System | 8/28/06 | | 2,858 | | | 2,858 | 200DB HY | 7 | 0 |
| 34 | Boiler Repair | 8/09/07 | | 56,056 | | | 20,658 | S/L MM | 39 | 1,437 |
| 35 | Kitchen Upgrade | 3/26/07 | | 30,247 | | | 11,479 | S/L MM | 39 | 776 |
| 36 | Sewer Line Repair | 9/08/08 | | 24,639 | | | 8,401 | S/L MM | 39 | 632 |
| 37 | Kitchen Upgrade | 12/31/08 | | 10,334 | | | 3,456 | S/L MM | 39 | 265 |
| 38 | Kitchen Upgrade | 4/15/09 | | 39,870 | | | 12,989 | S/L MM | 39 | 1,022 |
| 40 | Boiler Upgrade | 2/01/10 | | 9,944 | | | 3,028 | S/L MM | 39 | 255 |
| 42 | Building Rewiring | 12/02/10 | | 11,207 | | | 3,169 | S/L MM | 39 | 287 |
| 43 | Building Improvmt Riv Rm | 9/27/11 | | 6,070 | | | 1,605 | S/L MM | 39 | 156 |
| 44 | Roof | 5/16/11 | | 5,811 | | | 1,583 | S/L MM | 39 | 149 |
| 45 | Improvement | 12/20/12 | | 5,787 | | | 1,338 | S/L MM | 39 | 148 |
| 46 | Ladies Bathrm Renovation | 8/22/13 | | 48,364 | | | 10,386 | S/L MM | 39 | 1,240 |
| 50 | New Roof | 11/18/16 | | 55,582 | | | 7,303 | S/L MM | 39 | 1,425 |
| 51 | Ventilation System 4th Fl | 3/14/19 | | 37,885 | | | 2,712 | S/L MM | 39 | 971 |
| 52 | Architectural Design Encinal | 12/16/19 | | 2,500 | | | 131 | S/L MM | 39 | 64 |
| 53 | Construction | 6/14/21 | | 22,963 | | | 319 | S/L MM | 39 | 589 |
| | **Total Improvements** | | | 1,038,493 | | 0 | 638,066 | | | 17,151 |
| **Land** | | | | | | | | | | |
| 2 | Land | 1/01/27 | | 15,875 | | | | | | 0 |
| | **Total Land** | | | 15,875 | | 0 | 0 | | | 0 |
| **Machinery and Equipment** | | | | | | | | | | |
| 20 | Freezer | 1/01/98 | | 759 | | | 759 | S/L | 10 | 0 |
| 23 | Equip - TV,VCR, DVD etc | 12/11/02 | | 2,669 | | | 2,669 | S/L HY | 5 | 0 |
| 39 | Equipment | 5/04/09 | | 18,087 | | | 18,087 | 200DB HY | 10 | 0 |
| 41 | Calif Cook Stainless | 3/15/10 | | 2,683 | | | 2,683 | 200DB HY | 10 | 0 |
| 49 | Refrigerator | 1/12/15 | | 3,362 | | | 3,120 | S/L HY | 7 | 242 |
| | **Total Machinery and Equipment** | | | 27,560 | | 0 | 27,318 | | | 242 |
| | **Total Depreciation** | | | 1,276,991 | | 0 | 859,755 | | | 17,393 |
| | **Grand Total Depreciation** | | | 1,276,991 | | 0 | 859,755 | | | 17,393 |

**Client MASON**      MASONIC HALL ASSOCIATION OF ALAMEDA     94-0661440

6/01/23     07:42AM

| No. | Description | Date Acquired | Date Sold | Cost/ Basis | Bus. Pct | Cur 179 Bonus | Special Depr. Allow. | Prior 179/ Bonus/ Sp Depr | Prior Dec. Bal. Depr. | Salvage /Basis Reductn | Depr. Basis | Prior Depr. | Method | Life | Rate | Current Depr. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 50 | New Roof | 11/18/16 | | 55,582 | | | | | | | 55,582 | 7,303 | S/L MM | 39 | .02564 | 1,425 |
| 51 | Ventilation System 4th Fl | 3/14/19 | | 37,885 | | | | | | | 37,885 | 2,712 | S/L MM | 39 | .02564 | 971 |
| 52 | Architectural Design Encinal | 12/16/19 | | 2,500 | | | | | | | 2,500 | 131 | S/L MM | 39 | .02564 | 64 |
| 53 | Construction | 6/14/21 | | 22,963 | | | | | | | 22,963 | 319 | S/L MM | 39 | .02564 | 589 |
| | **Total Improvements** | | | 1,038,493 | | 0 | 0 | 0 | 0 | 0 | 1,038,493 | 638,066 | | | | 17,151 |
| | **Land** | | | | | | | | | | | | | | | |
| 2 | Land | 1/01/27 | | 15,875 | | | | | | | 15,875 | | | | | 0 |
| | **Total Land** | | | 15,875 | | 0 | 0 | 0 | 0 | 0 | 15,875 | 0 | | | | 0 |
| | **Machinery and Equipment** | | | | | | | | | | | | | | | |
| 20 | Freezer | 1/01/98 | | 759 | | | | | | | 759 | 759 | S/L | 10 | | 0 |
| 23 | Equip - TV,VCR, DVD etc | 12/11/02 | | 2,669 | | | | | | | 2,669 | 2,669 | S/L HY | 5 | | 0 |
| 39 | Equipment | 5/04/09 | | 18,087 | | | | | | | 18,087 | 18,087 | 200DB HY | 10 | | 0 |
| 41 | Calif Cook Stainless | 3/15/10 | | 2,683 | | | | | | | 2,683 | 2,683 | 200DB HY | 10 | | 0 |
| 49 | Refrigerator | 1/12/15 | | 3,362 | | | | | | | 3,362 | 3,120 | S/L HY | 7 | .07140 | 242 |
| | **Total Machinery and Equipment** | | | 27,560 | | 0 | 0 | 0 | 0 | 0 | 27,560 | 27,318 | | | | 242 |
| | **Total Depreciation** | | | 1,276,991 | | 0 | 0 | 0 | 0 | 0 | 1,276,991 | 859,755 | | | | 17,393 |
| | **Grand Total Depreciation** | | | 1,276,991 | | 0 | 0 | 0 | 0 | 0 | 1,276,991 | 859,755 | | | | 17,393 |

COPY

**Part III** Identification of Related Organizations Taxable as a Partnership. Complete if the organization answered "Yes" on Form 990, Part IV, line 34, because it had one or more related organizations treated as a partnership during the tax year.

| (a)<br>Name, address, and EIN of<br>related organization | (b)<br>Primary activity | (c)<br>Legal<br>domicile<br>(state or<br>foreign<br>country) | (d)<br>Direct<br>controlling<br>entity | (e)<br>Predominant income<br>(related, unrelated,<br>excluded from tax<br>under sections<br>512-514) | (f)<br>Share of total<br>income | (g)<br>Share of<br>end-of-year<br>assets | (h)<br>Dispropor-<br>tionate<br>allocations? | | (i)<br>Code V-UBI<br>amount in box<br>20 of Schedule<br>K-1 (Form<br>1065) | (j)<br>General or<br>managing<br>partner? | | (k)<br>Percentage<br>ownership |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Yes | No | | Yes | No | |
| (1) _ _ _ _ _ _ _ _ _ _ _ _<br>_ _ _ _ _ _ _ _ _ _ _ _<br>_ _ _ _ _ _ _ _ _ _ _ _ | | | | | | | | | | | | |
| (2) _ _ _ _ _ _ _ _ _ _ _ _<br>_ _ _ _ _ _ _ _ _ _ _ _<br>_ _ _ _ _ _ _ _ _ _ _ _ | | | | | | | | | | | | |
| (3) _ _ _ _ _ _ _ _ _ _ _ _<br>_ _ _ _ _ _ _ _ _ _ _ _<br>_ _ _ _ _ _ _ _ _ _ _ _ | | | | | | | | | | | | |

**Part IV** Identification of Related Organizations Taxable as a Corporation or Trust. Complete if the organization answered "Yes" on Form 990, Part IV, line 34, because it had one or more related organizations treated as a corporation or trust during the tax year.

| (a)<br>Name, address, and EIN of related organization | (b)<br>Primary activity | (c)<br>Legal domicile<br>(state or foreign<br>country) | (d)<br>Direct<br>controlling<br>entity | (e)<br>Type of entity<br>(C corp, S corp,<br>or trust) | (f)<br>Share of<br>total income | (g)<br>Share of end-of-<br>year assets | (h)<br>Percentage<br>ownership | (i)<br>Sec 512(b)(13)<br>controlled entity? | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Yes | No |
| (1) Island City Lodge #215<br>2312 Alameda Ave<br>Alameda, CA 94501 | Fraternal | CA | N/A | | 0. | 0. | | | X |
| (2) _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _<br>_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _<br>_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | | | | | | | | |
| (3) _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _<br>_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _<br>_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | | | | | | | | |

BAA                                              TEEA5002L  07/29/22                                              Schedule R (Form 990) 2022

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Masonic Hall Association of Alameda** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF CALIFORNIA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Island City Lodge #215 2312 Alameda Avenue Alameda, CA 94501** | | **Equity Line** | | | | **$315,884.41** |

Case: 23-41719   Doc# 1   Filed: 12/29/23   Entered: 12/29/23 15:21:26   Page 31 of 33

Alameda County
1221 Oak Street
Oakland, CA 94612-4285


Bruce Ghaysari dba Central Florist
c/o Duncan MacDonald
MacDonald Law, APC
100 Pine Street, Suite1250
San Francisco, CA 94111


Island City Lodge #215
2312 Alameda Avenue
Alameda, CA 94501

# United States Bankruptcy Court
## Northern District of California

In re    __Masonic Hall Association of Alameda__      Case No.

                                     Debtor(s)      Chapter    __11__

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Masonic Hall Association of Alameda__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

December 29, 2023
Date

/s/ Marc Voisenat
**Marc Voisenat 170935**
Signature of Attorney or Litigant
Counsel for    **Masonic Hall Association of Alameda**
**Law Office of Marc Voisenat**
**2329 A Eagle Avenue**
**Alameda, CA 94501**
**510-263-8755 Fax:510-272-9158**
**voisenat@gmail.com**